UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS BECOTE,<br><br>　　　　Defendant. | Case No. 3:20-cr-00025-MMD-CSD<br><br>**ORDER** |

　　Based on the Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, March 17, 2025 at 11:00 a.m., be vacated and continued to June 16, 2025 at the hour of 10:00.m.

　　DATED this 10th day of March 2025.

_____
UNITED STATES DISTRICT JUDGE